UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-38(1) RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TANIKA MICHELLE MOORE, )<br>)<br>Defendant, )<br>)<br>STARWOOD HOTELS & RESORTS, )<br>)<br>Garnishee. ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 6, 2011, is hereby released.

Dated: November 3, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge